*E-FILED - 3/23/10*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THEODORE BAGATELOS,** | Case No. 5:09-cv-03884-RMW |
| Plaintiff, | **ORDER** |
| vs. | |
| **PROFESSIONAL RECOVERY SYSTEMS, INC.,** | |
| Defendant. | |

IT IS HEREBY ORDERED that the parties' motion to dismiss this case with prejudice is hereby granted.

Dated this __23__ day of March, 2010.

_Ronald M. Whyte_
The Honorable Ronald M. Whyte